IN THE COUNTY COURT OF SEVENTH JUDICIAL CIRCUIT

OF ST. JOHNS COUNTY, FLORIDA

-----SMALL CLAIMS DIVISION----

James Keefer,

PO BOX 58103

Jacksonville, FL 32241

       Plaintiff                                        CASE NO: SP22-3318

V.

GREEN DOT CORPORATION

C/O CORPORATION SERVICE COMPANY

1201 HAYS STREET

TALLAHASSEE, FL 32301-2525

       Defendants

_____/

### Statement of Claim

The Plaintiff, James Keefer, hereby Alleges the following statement of facts against the Defendant GREEN DOT CORPORATION in that the Defendant has defrauded the Plaintiff by violating Regulation E of the Electronic Fund Transfer Act (EFTA) (15 USC 1693 et seq.) The Plaintiff notified the defendants in a timely manner in September of 2022 that his debit card was stolen, and the Defendants didn't do a proper Regulation E investigation. Also, one of the reasons the defendants gave the Plaintiff for denying his claim was that it was a pin-based transaction and so when the Plaintiff reached out to the merchant, he was informed that it was a signature-based transactions, so the defendants were wrong to deny his claim and

1

even gave him a wrong answer in what type of transaction it was.

The Defendants have caused the Plaintiff to suffer from extreme mental anguish and anxiety over the Defendants defrauding the Plaintiff.

Under the law the Plaintiff is entitled to $1,000 in damages as well as the $500 that he disputed, and the Plaintiff is also asking for $6500 for the mental anguish he has suffered due to the misconduct of the defendant.

Also, the Plaintiff request that the court grant the Plaintiff discovery as well as a jury trial under Florida Rules of Civil Procedure Rule 7.020(c) (2007)

### Prayer for Relief

The Plaintiff request that the court grant the Plaintiff discovery as well as a jury trial under Florida Rules of Civil Procedure Rule 7.020(c) (2007) and the Plaintiff also request that the court enter a judgement against the defendants in the amount of $8,000.00 as well as all court cost in this lawsuit.

/s/ James Keefer, Pro-Se

PO BOX 58103
Jacksonville, Florida 32241
305-619-4444
jameskeefer@outlook.com

### Certificate of Service

I HEREBY CERTIFY that on this 6th day of October 2022, I e-filed the foregoing document with the Clerk of the Circuit Court of the 7th Judicial Circuit, in and for St. Johns County, Florida. I also certify that the foregoing document is being served on the 6th day of October 2022 on all parties of record by First Class Certified U.S. Mail, return receipt requested